# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.  CR09-230(A)-SVW | Date  February 8, 2010 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | Justin R. Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Gilberto Aguilar | X | ☐ | Jeff Dominic Price | ☐ | ☐ | X | Helen Palmer |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT HEARING**     ☐ Contested     ☐ Non-Evidentiary

**Day ___ (if continued from a prior hearing date)**

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     **X** Refer to separate Judgment Order.
____ Imprisonment for __Years/months__ on each of counts _____
     Count(s) _____ concurrent/consecutive to count(s) _____
     Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     ____ Perform _____ hours of community service.
     ____ Serve _____ in a CCC/CTC.
     ____ Pay $_____ fine amounts & times determined by P/O.
     ____ Make $_____ restitution in amounts & times determined by P/O.
     ____ Participate in a program for treatment of narcotic/alcohol addiction.
     ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     ____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $_____ per count, special assessment to the United States for a total of $_____
____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
____ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.     ____ Processed statement of reasons.
____ Bond exonerated _____ upon surrender _____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release     # _____
____ Present bond to continue as bond on appeal.     ____ Appeal bond set at $_____
____ Filed and distributed judgment. ENTERED.
____ Other _____

                                                                    : 14
                              Initials of Deputy Clerk    PMC

cc: